# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| NATHANIEL D. DENNIS | Case No. CV 08-4711-SVW (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| JAMES YATES, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismssing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

///

///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order and the Judgment of this date on petitioner.

4  DATED: May 6, 2009

                                    _____
                                         STEPHEN V. WILSON
                                       United States District Judge